United States District Court
Southern District of Texas
**ENTERED**
August 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JUAN C.-L.,<br>"Petitioner,"<br><br>v.<br><br>TODD M. LYONS, *et al.*,<br>*in their official capacities*,<br>"Respondents." | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-00338 |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), Respondents' "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 7) ("MSJ"), the Magistrate Judge's "Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 8) ("R&R"), and "Petitioner's Objections to the Report and Recommendation" (Dkt. No. 9) ("Objections").

The R&R recommends that the Court: (1) deny the Petition (Dkt. No. 1), (2) deny the MSJ (Dkt. No. 7) as moot, and (3) direct the Clerk of Court to close the case. Dkt. No. 8 at 2.

When a party objects to a magistrate judge's report and recommendation, the Court reviews the matter de novo. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After such review, the Court hereby **OVERRULES** Petitioner's Objections (Dkt. No. 9) and **ADOPTS** the R&R (Dkt. No. 8).

Accordingly, the Petition (Dkt. No. 1) is **DENIED** and Respondents' MSJ (Dkt. No. 7) is **DENIED as moot**. The Clerk of Court is **DIRECTED** to close this case.

SIGNED this August 24, 2026

Rolando Olvera
United States District Judge